UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| REGINALD DARNELL PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 2:25-CV-00010-GSL-JEM |
| | ) | |
| STATE OF INDIANA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR INITIAL ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, LAKE COUNTY SHERIFF, by counsel, respectfully requests this Court for a thirty (30) day extension of time, up to and including July 25, 2025, by which to respond, or otherwise plead, to Plaintiff's Complaint, and in support thereof states as follows:

1. Plaintiff filed his *Pro Se* Complaint on January 10, 2025. [ECF Doc-1.]

2. Plaintiff had another pending case and a Stay had been issued.

3. On or about June 6, 2025, the Honorable Judge Lund lifted said stay and granted the Lake County Sheriff until July 7, 2025 to respond, "…only to the claims for which the plaintiff has been granted leave to proceed in this screening order." [ECF Doc-9.]

4. On or about June 12, 2025, the undersigned counsel was assigned/retained to appear for Defendant, LAKE COUNTY SHERIFF.

5. Attorney Jewell Harris, Jr.'s Appearance on behalf of Defendant, LAKE COUNTY SHERIFF, has been filed contemporaneously with this Request.

6. The undersigned counsel is requesting a thirty (30) day extension of up to and including July 25, 2025 by which to respond, or otherwise plead, to Plaintiff's Complaint.

7. This request is not made for the purpose of delay, but rather to discuss this matter with his client and appropriately respond, or otherwise plead, to Plaintiff's Complaint.

8. Plaintiff, Reginald Darnell Porter, is *pro se,* and consulting him before seeking this extension is not required pursuant to N.D. Ind. L.R. 6-l(c).

**WHEREFORE**, Defendant, LAKE COUNTY SHERIFF, files this Request for Extension of Time to extend the time within which to respond, or otherwise plead, to Plaintiff's Complaint, of up to and including July 25, 2025.

Respectfully submitted,

*/s/ Jewell Harris, Jr.*
Atty. Jewell Harris, Jr., #22383-45
Harris Law Firm, P.C.
11410 Broadway
Crown Point, IN 46307
Tel: (219) 661-1110
Fax: (219) 661-1118
Email: jharris@harrislawfirmpc.net

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of June, 2025 service of a true and complete copy of the foregoing pleadings or papers were served on each party or attorney of record via the Court's electronic noticing system, or by first-class mail, postage prepaid, as follows:

304726
Reginald Darnell Porter
Wabash Valley Correctional Facility – 1111
6908 S. Old US Hwy 41
Carlisle, IN 47838

*/s/ Jewell Harris, Jr.*